AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

| | |
|---|---|
| RICHARD SMITH <br><br> *Plaintiff(s)* <br> v. <br> ROBERT TANNER; BRINK HILLMAN; GARY KING; JOHN CRAIN; DONNIE SEAL; DUSTIN RODGERS; FREDRICK COKER; JASON GRAHAM; MICHAEL PETERS; and the STATE OF LOUISIANA <br><br> *Defendant(s)* | Civil Action No. 2:20-cv-00818 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Robert Tanner
Louisiana Department of Public Safety & Corrections
504 Mayflower Street
Baton Rouge, LA 70802

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   William Most
Law Office of William Most
201 St. Charles Ave., Ste. 114, #101
New Orleans, LA 70170
(504) 509-5023
williammost@gmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Carol L. Michel
Name of clerk of court

Date: __Mar 12 2020__                                                              /s/ Paige Payton
Deputy clerk's signature

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 2:20-cv-00818

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Robert Tanner
was received by me on *(date)* _____ .

❒ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____
, a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: