UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RICHARD SMITH, <br><br>   Plaintiff, <br><br> v. <br><br> ROBERT TANNER, *et al*. <br><br>   Defendants, | ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No. 2:20-cv-00818 <br> ) <br> ) <br> ) <br> ) <br> ) |

### *EX PARTE* MOTION FOR ADMISSION *PRO HAC VICE*

In accordance with Local Civil Rule 83.2.5, the undersigned William Most, counsel of record for Plaintiff, respectfully requests that this Court permit attorney Jonathon Loevy to appear and participate *pro hac vice* as counsel on behalf of the plaintiff in this case.

### DISCUSSION

1. Jonathon Loevy is a licensed attorney admitted to practice in the state of Illinois. He is a member in good standing of the Bar of the State of Illinois.

2. Pursuant to Local Civil Rule 83.2.5 a Certificate of Good Standing in the Northern District of Illinois is attached here as Exhibit A.

WHEREFORE, William Most, a member of the bar of this Court in good standing, prays that this court enter an order permitting Jonathon Loevy to appear *pro hac vice* for Plaintiff in the above-captioned matter.

Respectfully submitted,

*/s/ William Most*_____
WILLIAM MOST
Law Office of William Most, L.L.C.
Louisiana Bar No. 36914
201 St. Charles Ave., Ste. 114 #101

New Orleans, LA 70170<br>
Tel: (650) 465-5023<br>
Email: williammost@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 13, 2020, a copy of Plaintiffs' *Ex Parte Motion for Admission Pro Hac Vice* was filed electronically with the Clerk of Court via the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system.

 /s/David Lanser
David Lanser