UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **RICHARD SMITH,** | * | Civil Action No. 20-cv-00818 |
| **Plaintiff** | * | |
| | * | |
| | * | |
| **VERSUS** | * | District Judge: GREG GUIDRY |
| | * | |
| | * | |
| **ROBERT TANNER, ET AL** | * | Magistrate Judge: DONNA P. CURRAULT |
| **Defendants** | * | |

*********************************************************************************************

## MOTION TO DISMISS PURSUANT TO
## FEDERAL RULE OF CIVIL PROCEDURE 12(B)(6)

**NOW INTO COURT**, though undersigned counsel, comes named defendant, **John Crain**, who moves this Honorable Court to dismiss the claims asserted against him in the above referenced matter by plaintiff, **Richard Smith**, suggesting to this Honorable Court that Mr. Smith does not have a legally cognizable right of action against Mr. Crain, and as it pertains to the allegations set forth in the instant matter.

**WHEREFORE,** defendant John Crain prays that this Honorable Court, after due consideration of this motion (and the similar, concurrent motions to dismiss filed by certain co-defendants, which this defendant adopts and incorporates as if copied herein), deems defendant's motion to be merited, and dismisses all of the claims asserted against this defendant in the instant matter.

Respectfully Submitted:

**JEFF LANDRY, Attorney General**
**By:**

**HAILEY, MCNAMARA, HALL, LARMANN & PAPALE, L.L.P.**

*/s/ Darren A. Patin*
**DARREN A. PATIN, #23244**
**Special Assistant Attorney General**
One Galleria Boulevard, Suite 1400
Metairie, Louisiana 70001
Telephone: (504) 836-6500
Facsimile:  (504) 836-6565
*Counsel for Defendant, Sgt. John Crain*

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this 15th day of June, 2020, served a copy of the foregoing pleading on counsel for all parties to this proceeding either by **e-mailing, faxing or by mailing** the same by United States mail, properly addressed and first class postage prepaid.


_____*/s/Darren A. Patin*_____
            **DARREN A. PATIN**