## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **RICHARD SMITH,** | * | **Civil Action No.  20-cv-00818** |
| **Plaintiff** | * | |
| | * | |
| | * | |
| **VERSUS** | * | **District Judge:  GREG GUIDRY** |
| | * | |
| | * | |
| **ROBERT TANNER, ET AL** | * | **Magistrate Judge: DONNA P. CURRAULT** |
| **Defendants** | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### MEMORANDUM IN SUPPORT OF MOTION TO DISMISS
### FILED BY JOHN CRAIN

**MAY IT PLEASE THE COURT**:

John Crain, named defendant herein, submits this memorandum in support of his *Motion to Dismiss* the Complaint filed herein by Richard Smith, and pursuant to Federal Rule of Civil Procedure 12(b)6).

(I)

The grounds and basis for defendant's motion are straight-forward and currently before this Court through the respective Motions to Dismiss filed herein by co-defendants, Brink Hillman, Gary King, Jason Graham, Michael Peters and Robert Tanner, Donnie Seal and the State of Louisiana (Docs ## 17, 21, 39,40 and 46).  Put simply, plaintiff's allegation that John Crain, et al, are liable to him for the events surrounding the accidental death of his son, Anthony Smith, must be dismissed because Richard Smith lacks statutory standing to proceed as a proper

1

party plaintiff; Anthony Smith's daughter, Latiasha Smith Williams, is that individual according to the relevant procedural law, and she likewise has filed a lawsuit emanating out of the events which form the basis of instant Complaint.

(II)

Ms. Williams' suit is pending on the docket of this Court, bearing Docket No. 20-cv-1145.

(III)

Co-defendants have respectively and exhaustively briefed this issue for the Court, and as such, in support of John Crain's motion, defendant incorporates fully and as if copied herein the memoranda in support and exhibits submitted by Brink Hillman (Doc. 17-1 and 17-2), Gary King (Doc. 21-1, 21-2 and 21-3), Jason Graham (Doc.39-1) Michael Peters (Doc. 40), and Robert Tanner, Donnie Seal and the State of Louisiana (Doc. 46-1 and 46-3)  Additionally, Mr. Hillman and Mr. King were granted leave of court to file respective reply memoranda (Doc. 43 and 45) in response to plaintiff's opposition to motions filed by Hillman and King, respectively (Doc. 35), which reply memoranda further support the grant of the instant motion, and are likewise incorporated herein as if fully copied.

(IV)

Should this Honorable Court find through its determination of any of the respective motions that Richard Smith is not the proper party plaintiff to bring these claims on behalf of Anthony Smith, such a ruling would equally apply to the claims asserted against all defendants, including Mr. Crain, as defendants are similarly situated with respect to plaintiff's lack of standing to proceed with the instant lawsuit.

2

(V)

In sum, unless Richard Smith can present evidence which serves to countervail what has been presented and which establishes Latiasha Smith Williams as the daughter of Anthony Smith, then the instant motion, inter alia, is merited and his claims should be dismissed, particularly in light of the pending and corresponding Complaint lodged by Ms. Williams.

Respectfully Submitted:

**JEFF LANDRY, Attorney General By:**

**HAILEY, MCNAMARA, HALL, LARMANN & PAPALE, L.L.P.**

*s/Darren A. Patin* _____
**DARREN A. PATIN, #23244**
**Special Assistant Attorney General**
One Galleria Boulevard, Suite 1400
Metairie, Louisiana 70001
Telephone: (504) 836-6500
Facsimile:  (504) 836-6565
*Counsel for Defendant, Sgt. John Crain*

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this 15th day of June, 2020, served a copy of the foregoing pleading on counsel for all parties to this proceeding either by **e-mailing, faxing or by mailing** the same by United States mail, properly addressed and first class postage prepaid.

_____*s/Darren A. Patin*_____ _____
**DARREN A. PATIN**

3