## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **RICHARD SMITH,** | * | Civil Action No.  20-cv-00818 |
|     **Plaintiff** | * | |
| | * | |
| | * | |
| **VERSUS** | * | District Judge:  GREG GUIDRY |
| | * | |
| | * | |
| **ROBERT TANNER, ET AL** | * | Magistrate Judge: DONNA P. CURRAULT |
|     **Defendants** | * | |

******************************************************************************************

## NOTICE OF SUBMISSION

To:  Plaintiff, Richard Smith
Through his Counsel of Record:

**PLEASE TAKE NOTICE** that defendant, John Crain, will bring his *Motion to Dismiss* for hearing before this Court on **July 8, 2020 at 10:00 a.m.**, or as soon as thereafter counsel can be heard.

Respectfully Submitted:

**JEFF LANDRY, Attorney General**
**By:**

**HAILEY, MCNAMARA, HALL,**
**LARMANN & PAPALE, L.L.P.**

*/s/ Darren A. Patin*
**DARREN A. PATIN, #23244**
**Special Assistant Attorney General**
One Galleria Boulevard, Suite 1400
Metairie, Louisiana 70001
Telephone: (504) 836-6500
Facsimile:  (504) 836-6565
*Counsel for Defendant, Sgt. John Crain*

## **CERTIFICATE OF SERVICE**

I do hereby certify that I have on this 15th day of June, 2020, served a copy of the foregoing pleading on counsel for all parties to this proceeding either by **e-mailing, faxing or by mailing** the same by United States mail, properly addressed and first class postage prepaid.

_____*/s/Darren A. Patin*_____
**DARREN A. PATIN**